IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JESSE MCCUIN**                                                                   **PETITIONER**

**v.**                                                              **CIVIL NO. 1:24cv279-HSO-BWR**

**PEARL RIVER COUNTY and CITY
OF PICAYUNE**                                                                      **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 13th day of February, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE